THE HONORABLE JAMAL WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMELIA SAPPHIRE, individually and as class representative,<br><br>      Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC.,<br><br>      Defendant. | NO. 2:24-cv-00032-JNW<br><br>STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL |

This stipulation comes before the Court on an order to remand and an award of attorney fees to Plaintiff.

On September 27, 2024, U.S. District Judge Jamal N. Whitehead granted Plaintiff's motion to remand this case to King County Superior Court. Judge Whitehead further granted Plaintiff's motion for an award of attorney fees and costs.

Following remand, the parties agreed to stipulate to a reduced award of attorney fees. The parties now hereby stipulate and agree for the Court to award attorney fees to Plaintiff in the amount of $40,000. The parties ask this Court to set $40,000 as the amount of attorney fees and costs awarded by the Court per the Court's order of September 27, 2024. The parties further

STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL - 1

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148   FAX (206) 260-9010

stipulate that such payment shall be made by Defendant no later than 14 days from the date of the Court's order granting the parties' stipulation.

IT IS SO STIPULATED:

| On behalf of Plaintiff: | On behalf of Defendant: |
|---|---|
| _[signature]_ | _Ed Choi_ |
| Damian S. Mendez, WSBA No. 36157 | Ed Choi, OSB No. 135673 (*pro hac vice*) |

STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL - 2

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148   FAX (206) 260-9010

# CERTIFICATE OF SERVICE

The undersigned certified under penalty of perjury under the laws of the State of Washington that on the date below indicated I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such to the following:

***Attorneys for Defendant Fred Meyer Stores, Inc.***
Susan K. Stahlfeld, WSBA No. 22003 susan.stahlfeld@millernash.com
David E. Worley, WSBA No. 46948 dave.worley@millernash.com
Ed Choi, OSB No. 135673 *(pro hac vice)* ed.choi@millernash.com
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Facsimile: (206) 340-9599

DATED this 2nd Day of October, 2024.

                                            MENDEZ LAW GROUP, PLLC

                                            /s/ *Damian S. Mendez*
                                            Damian S. Mendez, WSBA #36157

STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL - 3

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148   FAX (206) 260-9010

THE HONORABLE JAMAL WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMELIA SAPPHIRE, individually and as class representative,<br><br>                   Plaintiff,<br><br>vs.<br><br>FRED MEYER STORES, INC.,<br><br>                   Defendant. | NO. 2:24-cv-00032-JNW<br><br>~~(PROPOSED)~~ ORDER GRANTING PARTIES' STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL |

THIS MATTER coming to this Court upon a Stipulation to Award to Plaintiff Attorney Fees Incurred as a Result of Removal, and the Court being fully appraised after reviewing the record and finding the stipulation to be in order, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Stipulation to Award to Plaintiff Attorney Fees Incurred as a Result of Removal is hereby GRANTED.

~~(PROPOSED)~~ ORDER GRANTING PARTIES' STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES AS A RESULT OF REMOVAL - 1

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148  FAX (206) 260-9010

DATED this 7th day of October, 2024.

                                             *[signature]*
                                 THE HONORABLE JAMAL WHITEHEAD

Presented by:

MENDEZ LAW GROUP, PLLC
/s/ *Damian S. Mendez*
Damian S. Mendez, WSBA #36157

BENNETT HARTMAN, LLP
/s/ *Richard B. Myers*
Richard B. Myers, WSBA #53893

Attorneys for Plaintiff

(PROPOSED) ORDER GRANTING PARTIES' STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES AS A RESULT OF REMOVAL - 2

MENDEZ LAW GROUP, PLLC
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148  FAX (206) 260-9010

# CERTIFICATE OF SERVICE

The undersigned certified under penalty of perjury under the laws of the State of Washington that on the date below indicated I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such to the following:

***Attorneys for Defendant Fred Meyer Stores, Inc.***
Susan K. Stahlfeld, WSBA No. 22003 susan.stahlfeld@millernash.com
David E. Worley, WSBA No. 46948 dave.worley@millernash.com
Ed Choi, OSB No. 135673 *(pro hac vice)* ed.choi@millernash.com
MILLER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Telephone: (206) 624-8300
Facsimile: (206) 340-9599

DATED this 2nd Day of October, 2024.

MENDEZ LAW GROUP, PLLC

/s/ *Damian S. Mendez*
Damian S. Mendez, WSBA #36157

(PROPOSED) ORDER GRANTING PARTIES' STIPULATION TO AWARD TO PLAINTIFF ATTORNEY FEES AS A RESULT OF REMOVAL - 3

**MENDEZ LAW GROUP, PLLC**
3317 36TH AVE SOUTH, SUITE B
SEATTLE, WASHINGTON 98144
PHONE: (206) 290-5148  FAX (206) 260-9010